**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-01669-DOC-JDE Date: August 14, 2025

Title: Memory Lane, Inc. v. Best Western International, Inc. et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| | |
|---|---|
| Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF OHIO**

On August 1, 2025, the Court issued an order to show cause within ten days why the Court should not transfer this case to the U.S. District Court for the Northern District of Ohio (Dkt. 9). The Court stated that failure to respond would result in transfer. Based on Plaintiff's Complaint (Dkt. 1-2), the operative facts occurred in Strongsville, Ohio, the key witnesses related to the theft are in Ohio, and Ohio tort law will likely apply to this case. Additionally, based on Plaintiff's Complaint, venue is not proper in the Central District of California because no Defendants reside in California, a substantial part of the events did not occur in California, and the property at issue is not in California.

Under 28 U.S.C. §1391(b), venue is generally proper in a "judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located" or a "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is subject to the action is situated." 28 U.S.C §1391(b).

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have

been brought ...” 28 U.S.C. § 1404(a). The Court may transfer a case sua sponte under Section 1404(a). *See Washington Pub. Utilities Grp. v. U.S. Dist. Ct. for W. Dist. of Washington*, 843 F.2d 319, 326 (9th Cir. 1987) (affirming a “sua sponte order to change venue” to another district).

The Parties did not respond by the deadline set by the Court. Therefore, the Court finds that transfer is appropriate for the convenience of the parties and witnesses and in the interest of justice. The Court hereby **TRANSFERS** this action to the U.S. District Court for the Northern District of Ohio.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11 Initials of Deputy Clerk: kdu

CIVIL-GEN